IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH D. HARRIS,<br><br>    Petitioner,<br><br>  v.<br><br>SAYED HASSAN ABBAS dba AAA YELLOW CAB *et al.*.,<br><br>    Respondents.<br>_____ / | No. MISC 13-80060 SI<br><br>**ORDER OF REFERRAL** |

    Pursuant to Civil Local Rules 3-3 and 3-12, the Court refers this matter to Judge Davila for a determination of whether this case is related to *Harris v. Sayed Hassan Abbas dba AAA Yellow Cab et al.*, No. MISC 13-80030 EJD.

**IT IS SO ORDERED.**

Dated: May 20, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE