JANET M. HEROLD
Regional Solicitor
ROSE DARLNG (Cal. # 243893)
Trial Attorney
Office of the Solicitor
U.S. DEPARTMENT OF LABOR
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7744
Facsimile: (415) 625-7772
Email: darling.rose@dol.gov

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. PEREZ,[1] ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>vs.<br><br>SAYED HASAN ABBAS *dba* AAA YELLOW CAB, ALL BAY TAXI CAB, ALL BAY YELLOW CAB, LOS ALTOS YELLOW CAB, STANFORD YELLOW CAB, STANFORD YELLOW CAB PALO ALTO, YELLOW AAA CAB, YELLOW CAB, YELLOW CAB ALLBAY, YELLOW CAB OF STANFORD and YELLOW CAB SANTA CLARA; AAA LEGACY LIMOUSINE, INC.; STANFORD YELLOW CAB, INC.; and FIRST CHOICE LOGISTICS, INC.;<br><br>Respondents. | Case No.: 3:13-mc-80060-SI<br><br>**[PROPOSED] ORDER RE SECRETARY'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS** |

Petitioner, Thomas E. Perez, Secretary of Labor, United States Department of Labor, has

---

[1] Thomas E. Perez was sworn in as Secretary of Labor on July 23, 2013. Pursuant to F.R.C.P. 25(d) the caption has been changed to reflect his appointment.

1 | applied to this Court for an Order requiring Respondents Sayed Hasan Abbas *dba* as AAA
2 | Yellow Cab, All Bay Taxi Cab, All Bay Yellow Cab, Los Altos Yellow Cab, Stanford Yellow
3 | Cab, Stanford Yellow Cab Palo Alto, Yellow AAA Cab, Yellow Cab, Yellow Cab Allbay,
4 | Yellow Cab of Stanford and Yellow Cab Santa Clara; AAA Legacy Limousine, Inc.; Stanford
5 | Yellow Cab, Inc.; and First Choice Logistics, Inc. (collectively "Respondents") to produce the
6 | records, papers and documents set forth in Attachment 1 to the subpoenas *duces tecum* issued by
7 | the Regional Administrator, Wage and Hour Division, United States Department of Labor, and
8 | duly served upon Respondents.  Having considered the matters set forth in the Secretary's
9 | pleadings herein, it is hereby

10 | ORDERED that Respondents shall produce all documents responsive to the subpoenas in
11 | its possession, custody or control on or before __Aug. 30__, 2013.
12 | ORDERED that the statute of limitations is tolled as of November 1, 2013, the date on
13 | which Respondents' response to the subpoenas was due, until the Secretary notifies the Court
14 | that Respondents have complied with the subpoenas *duces tecum.*

16 | Dated : __Aug. 19,__ , __2013__

_____
UNITED STATES DISTRICT COURT JUDGE

19 | Presented by:

20 | M. PATRICIA SMITH
Solicitor of Labor

22 | JANET M. HEROLD
Regional Solicitor

24 | _____/s/ Rose Darling_____
ROSE DARLING
25 | Trial Attorney
26 | Attorneys for Petitioner Secretary of Labor,
United States Department of Labor

27 | [PROPOSED] ORDER
*SECRETARY OF LABOR v. ABBAS et al.*
Page 2 of 2